Case 24-10699-JCM    Doc 26    Filed 04/25/25    Entered 05/02/25 15:03:39    Desc Main
Document    Page 1 of 10

FILED
4/25/25 4:58 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
**WITHDRAWAL OF APPEARANCES BY MATTHEW FISSEL IN VARIOUS OPEN CASES AND ENTRY OF APPEARANCE OF ANDREW SPIVACK IN VARIOUS OPEN CASES**

Miscellaneous No. 25-00203-GLT

Related Dkt. No. 2

## ORDER OF THE COURT

**AND NOW**, this 25th day of April, 2025, upon the consideration of the Omnibus Joint Motion to Withdraw the Appearance of Matthew Fissel and Enter the Appearance of Andrew Spivack, it is hereby:

**ORDERED, ADJUDGED, AND DECREED** that the appearance of Matthew Fissel as attorney of record in the attached list of cases is WITHDRAWN; and it is further;

**ORDERED, ADJUDGED, AND DECREED** that the appearance of Andrew Spivack of Brock & Scott, PLLC, is ENTERED as counsel of record for the parties formerly represented by Matthew Fissel in the attached list of cases, Exhibit "A".

Dated: 4/25/25

Gregory  Taddonio    hct
Chief United States Bankruptcy Judge

# **EXHIBIT A**

| Case No. | Case Title | Name of Creditor |
|---|---|---|
| 18-10354-JCM | James D. Rathburn and Genevieve L. Rathburn | PHH Mortgage Corporation |
| 18-22785-JCM | Brandon M. Shields | Nationstar Mortgage LLC |
| 19-23151-JAD | Jason B. Stark | Nationstar Mortgage LLC |
| 19-23462-GLT | William D. Smith and Christina M. Smith | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 19-24929-GLT | Robert L. Johnson, III and Regina W. Johnson | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. |
| 20-10426-JCM | Andrew P. Conn | Nationstar Mortgage LLC |
| 20-10615-JCM | Tethel F. Humphrey | Nationstar Mortgage LLC |
| 20-10666-JCM | Christian A. Wegmiller | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. |
| 20-20161-CMB | Donna L. Schulmeister | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 20-20370-JAD | Maria S. Pizzonia | Wells Fargo Bank, N.A. |
| 20-20960-CMB | Michael D. Parco and Tina M. Parco | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. |
| 20-21203-GLT | Christopher D. Mamula and Theresa Heinmiller | Freedom Mortgage Corporation |
| 20-21416-CMB | Melissa L. Koontz | CROSSCOUNTRY MORTGAGE, LLC |
| 20-21583-CMB | Jason T. Cramer | Plaza Home Mortgage, Inc. |
| 21-10431-JCM | Cassius Ralph Courtney | Wells Fargo Bank, N.A. |
| 21-20067-GLT | Evan H. Morgan, Jr. and Adele E. Morgan | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. |
| 21-20082-GLT | Denise L Konovich | Nationstar Mortgage LLC |
| 21-21435-CMB | Barry L Donaldson and Brenda L Donaldson | PHH Mortgage Corporation |
| 21-21749-CMB | Dennis W. Colwes and Pamela J. Colwes | Wintrust Mortgage |
| 21-22020-JCM | Thomas A. Molenda and Bernadette Molenda | PNC Bank, National Association |
| 21-22437-GLT | David Kopcho and Devon L. Kopcho | Freedom Mortgage Corporation |
| 21-22650-GLT | Andrew Lancos, Jr. and Carol Ann Lancos | Lakeview Loan Servicing, LLC |
| 22-10336-JCM | Davi Rosario Gadson | LPP Mortgage LTD |
| 22-10455-JCM | Michael E. Alward | Lakeview Loan Servicing LLC |
| 22-10489-JCM | Sparkie Edwards | DEUTSCHE BANK NATIONAL TRUST COMPANY as Trustee for RESIDENTIAL ASSET SECURITIZATION TRUST Series 2006-A7CB MORTGAGE PASS-THROUGH CERTIFICATES Series 2006-G |
| 22-10497-CMB | Richard K. Kellenberger, Jr. and Gabriella S. Spires | Pennsylvania Equity Resources, Inc |

| | | |
|---|---|---|
| 22-10522-JCM | Robert H. Pipper and Kathleen M. Pipper | THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS SUCCESSOR IN INTEREST TO JP MORGAN CHASE BANK, N.A., AS TRUSTEE FOR CENTEX HOME EQUITY LOAN TRUST 2005-B |
| 22-10539-JCM | Matthew J. Shreve | AmeriHome Mortgage Company, LLC |
| 22-10545-JCM | Ross C. Langley | Freedom Mortgage Corporation |
| 22-10566-JCM | Joshua M. Gregory and Paige A. Wallace | Nationstar Mortgage LLC |
| 22-20767-JAD | Mark D. Maldonado | Freedom Mortgage Corporation |
| 22-20787-GLT | Jamie R Booher and Ashley N Booher | U.S. Bank, National Association, Successor Trustee to Bank of America, N.A. as Successor to LaSalle Bank, N.A. as Trustee, for Merrill Lynch First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-H1 |
| 22-20799-CMB | Briar Barry | PHH Mortgage Corporation |
| 22-20819-CMB | Douglas S. Klingensmith and Michele E. Klingensmith | Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2006-OPT5, Asset-Backed Certificates, Series 2006-OPT5 |
| 22-21120-CMB | Dana A Reed | Wilmington Trust Company as successor trustee to The Bank of New York as successor trustee for JPMorgan Chase Bank, N.A., as Trustee for the benefit of the Certificateholders of Popular ABS, Inc. Mortgage Pass-Through Certificates Series 2005-5 |
| 22-21272-JAD | Jeffrey B Rhodes, Jr. | Lakeview Loan Servicing, LLC |
| 22-21411-JCM | Raquel M. Branchik | Freedom Mortgage Corporation |
| 22-21474-CMB | Jason M Maguire and Stephanie Maguire | Wells Fargo Bank, N.A. |
| 22-21784-CMB | Gerald L. Lombard and Jeanne M. Lombard | U.S. Bank Trust Company, National Association, as Trustee, successor in interest to U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust 2006-WFHE3, Asset-Backed Pass-Through Certificates, Series 2006-WFHE3 |
| 22-21826-CMB | Jeanine M McCreary | Nationstar Mortgage LLC |
| 22-21902-JAD | Thomas James Trkula | Freedom Mortgage Corporation |

| | | |
|---|---|---|
| 22-21904-JAD | James V. Harbison, III | Deutsche Bank National Trust Company, as Trustee for NovaStar Mortgage Funding Trust, Series 2007-1 NovaStar Home Equity Loan Asset-Backed Certificates, Series 2007-1 |
| 22-21938-CMB | James Suchetski, Jr. | Morgan Stanley Dean Witter Capital I Inc. Trust 2001-NC4, Mortgage Pass-Through Certificates, Series 2001-NC4 |
| 22-22012-GLT | Neil R. Davis | Wells Fargo Bank, N.A. |
| 22-22089-CMB | Kelly A. Morelli | Wells Fargo Bank, N.A. |
| 22-22120-GLT | Charles B. Cashdollar and Josephine D. Cashdollar | Freedom Mortgage Corporation |
| 22-22378-CMB | Norma J. Hairston | The Bank of New York Mellon, f/k/a, The Bank of New York as successor to JPMorgan Chase Bank, National Association as Indenture Trustee for Noteholders and the Note Insurer of ABFS Mortgage Loan Trust 2001-3 |
| 22-22436-GLT | Seth D. King and Michelle L. King | The Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, N.A., as Trustee for Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed Pass-Through Certificates Series 2006-RZ4 |
| 22-22554-GLT | Amy L. Ferguson | U.S. Bank National Association, as Trustee for Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-EFC2 |
| 22-70202-JAD | Christopher T. Fedora and Stella R. Fedora | U.S. Bank National Association, as Trustee for Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2006-4 |
| 23-10140-JCM | Russel J. Krise, Sr. | Wells Fargo Bank, N.A. |
| 23-10159-JCM | Cheryl M. Barborak | Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2006-3, Asset-Backed Certificates, Series 2006-3 |
| 23-10177-JCM | Jesse P. Burns and Jennifer Lynn Burns | Freedom Mortgage Corporation |
| 23-20218-GLT | Anthony D. Anderson, Sr. and Trenda L. Anderson | Freedom Mortgage Corporation |

| | | |
|---|---|---|
| 23-20261-JAD | Kimberly K Schroeder | HSBC Bank USA, National Association as Trustee for Renaissance Home Equity Loan Asset-Backed Certificates, Series 2007-3 |
| 23-20455-CMB | Zachary J. Pollock | Wells Fargo Bank, National Association as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2007-1 |
| 23-20522-JAD | Jesse Clark Miller and Christie Marie Miller | Freedom Mortgage Corporation |
| 23-20571-JAD | Jeramy S. Koval | U.S. Bank Trust Company, National Association, as trustee, as successor-in-interest to U.S. Bank National Association, as Trustee for Residential Asset Securities Corporation, Home Equity Mortgage Asset-Backed Pass-Through Certificates, Series 2005-KS7 |
| 23-20575-JAD | Kelly R. Bender | Freedom Mortgage Corporation |
| 23-20586-GLT | Tammy J. Withrow | Discover Bank |
| 23-20757-GLT | Lawrence R. Rovnak | Lakeview Loan Servicing, LLC enote vesting--Nationstar Mortgage LLC |
| 23-20777-CMB | Jeffrey Carl Voll and Karen S. Voll | U.S. Bank Trust Company, National Association, as trustee, as successor-in-interest to U.S. Bank, National Association, as Trustee for Mortgage Pass-Through Certificates 1998-R1 |
| 23-20977-CMB | Alan J. Rogers and Melissa D. Rogers | Freedom Mortgage Corporation |
| 23-21164-JAD | Kimberly S. Lint | Freedom Mortgage Corporation |
| 23-21370-GLT | John M. Ansoe | Wells Fargo Bank, National Association, successor by merger to Wells Fargo Bank Minnesota, National Association, solely in its capacity as Trustee for Provident Bank Home Equity Loan Asset-Backed Certificates, Series 2000-1 |
| 23-21424-JAD | Kimberly Ann Black | THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Nationstar Home Equity Loan Trust 2006-B |
| 23-21766-JAD | Barbara J. Thompson | Wells Fargo Bank, N.A. |
| 23-21926-CMB | John M. Taliani, Sr. | Freedom Mortgage Corporation |
| 23-21950-JCM | Jonathan Bailey | Data Mortgage, Inc. d/b/a Essex Mortgage |
| 23-21955-JCM | Renee D. Tokar | PHH Mortgage Corporation |
| 23-21979-JAD | Joseph R. Knodle | SAILFISH SERVICING, LLC |

| Case No. | Debtor(s) | Creditor |
|---|---|---|
| 23-22190-CMB | Anthony A. Adams | Nationstar Mortgage LLC |
| 23-22200-JAD | Bradley J. Brennan and Dana M. Brennan | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC |
| 23-22378-JAD | Maureen Mattis | DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for MORGAN STANLEY CAPITAL I INC. TRUST 2006-HE2 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-HE2 |
| 23-22422-GLT | Robert D. Hankle and Sarah C. Hankle | Movement Mortgage, LLC |
| 23-22457-CMB | Eric L. Rinn and Bethany Rinn | Freedom Mortgage Corporation |
| 23-22575-GLT | Kambira J Mapesa | Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2006-NLC1, Asset-Backed Certificates, Series 2006-NLC1 |
| 23-22642-CMB | William L. Elliott and Melissa S. Elliott | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. |
| 23-22684-CMB | Colleen Lynn Klimas | Wells Fargo Bank, N.A. |
| 23-22685-CMB | Maria E. Macioszek | The Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, N.A., as Trustee for Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed Pass-Through Certificates Series 2006-RZ3 |
| 23-22701-GLT | Donald Joseph Johnston and Susan Ann Johnston | Wells Fargo Bank, N.A. |
| 23-22810-CMB | Christopher P. Waney, Sr. | U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association as Trustee, for Residential Asset Securities Corporation, Home Equity Mortgage Asset-Backed Pass-Through Certificates, Series 2006-EMX8 |
| 23-70013-JAD | Darice J Brady | Freedom Mortgage Corporation |
| 23-70140-JAD | James Paul Clawson | Wells Fargo Bank, N.A. as Trustee for Bear Stearns Asset Backed Securities I Trust 2004-BO |
| 23-70330-JAD | Vincent M. McNevin, Jr. and Tamelyn A. McNevin | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC |
| 24-10045-JCM | Robert L. Newark | Discover Bank |
| 24-10118-JCM | Joshua James Layton and Tawnya Jean Layton | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC |
| 24-10175-JCM | Michael L. Miles | Freedom Mortgage Corporation |

| | | |
|---|---|---|
| 24-10289-JCM | Jerry Dean Fohner, Jr. and Amy Jo Fohner | Freedom Mortgage Corporation |
| 24-10354-JAD | Carmen M. Laufer | Wells Fargo Bank, N.A. |
| 24-10368-JCM | Lee E. Gorton and Jean M. Gorton | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC |
| 24-10373-JCM | Ramiro Rodrigo Rodriguez | U.S. Bank National Association, as Trustee, successor in interest to Bank of America National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Structured Asset Investment Loan Trust, Mortgage Pass-Through Certificates, Series 2004-6 |
| 24-10375-JCM | Robert A. Carpenter | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC |
| 24-10392-JCM | Merlin Coles | U.S. Bank National Association, as Trustee for SASCO Mortgage Loan Trust 2006-WF2 |
| 24-10394-JCM | Stefanie G. White | Peritus Portfolio Services II, LLC as servicer for Westlake Financial |
| 24-10406-JCM | Curtis William Stofferahn, Jr. | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC |
| 24-10492-GLT | Scott R Woeckener | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, N.A., as Trustee for J.P. Morgan Alternative Loan Trust 2005-S1, Mortgage Pass-Through Certificates |
| 24-10649-JCM | Ryan M. Tant and Allison L. Tant | Pennsylvania Equity Resouces, Inc. |
| 24-10699-JCM | Thomas Richard Dworsky, Jr. and Jessica Castillo Crespo Dworsky | Planet Home Lending, LLC |
| 24-20038-JCM | Qing Zheng | Freedom Mortgage Corporation |
| 24-20225-GLT | Kimberly Ann Carter | The Bank of New York Mellon f/k/a The Bank of New York as successor in interest to JPMorgan Chase Bank, National Association, as Indenture Trustee for the registered holders of ABFS Mortgage Loan Trust 2002-3, Mortgage-Backed Pass-Through Certificates, Series 2002-3 |
| 24-20250-GLT | Gerald David Jones | Wells Fargo Bank, N.A. |
| 24-20426-CMB | Daryl S. Polydor | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC |
| 24-20429-GLT | Nathan J. Quinn and Elizabeth A. Quinn | Freedom Mortgage Corporation |

| | | |
|---|---|---|
| 24-20486-JCM | Thomas W. Harruff, Jr. and Cindy L. Harruff | Freedom Mortgage Corporation |
| 24-20744-CMB | Tanya M. May | Freedom Mortgage Corporation |
| 24-20765-CMB | Marita D. Zumpano | DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for Equifirst Loan Securitization Trust 2007-1, Mortgage Pass-Through Certificates, Series 2007-1 |
| 24-20785-CMB | Carl P. Bauer | Wells Fargo Bank, N.A. |
| 24-20805-CMB | William P Foster and Karen M Foster | The Bank of New York Mellon f/k/a The Bank of New York as successor in interest to JPMorgan Chase Bank, National Association, as Trustee for C-BASS Mortgage Loan Asset-Backed Certificates, Series 2006-RP1 |
| 24-20819-CMB | Sandra Costabile | Wells Fargo Bank, National Association, successor by merger to Wells Fargo Bank Minnesota, National Association formerly known as Norwest Bank Minnesota, National Association, as Trustee for Salomon Brothers Mortgage Securities VII, Inc., Asset-Backed Certificates, Series 1998-AQ1 |
| 24-21066-JCM | Carrie Anne Yobp | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc |
| 24-21337-GLT | Tammy L. Trott | Freedom Mortgage Corporation |
| 24-21550-GLT | Kylee K Hostetter | Peritus Portfolio Services II, LLC as servicer for Western Funding |
| 24-21739-GLT | Watson S Smith, Jr. | U.S. Bank National Association, as Trustee for Residential Asset Securities Corporation, Home Equity Mortgage Asset-Backed Pass-Through Certificates, Series 2006-KS1 |
| 24-21746-GLT | Amanda Fischer | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC |
| 24-22483-GLT | Amanda M. Sarsfield | PENNSYLVANIA EQUITY RESOURCES, INC. |
| 24-22764-GLT | Harvey A. Smith and Frances L. Smith | WELLS FARGO BANK, N.A., as Trustee for Park Place Securities, Inc. Asset-Backed Pass-Through Certificates Series 2004-WHQ2 |
| 24-22914-JCM | Frank E. Urick, Jr. and Stephanie A. Urick | Michigan Mutual, Inc. |
| 24-70332-JAD | Daniel J. Janicsko | Freedom Mortgage Corporation |

| Case | Debtor(s) | Creditor |
|---|---|---|
| 25-20009-GLT | Amie R. Gillingham | U.S. Bank Trust Company, National Association, As Trustee, As Successor-In-Interest To U.S. Bank National Association, As Trustee MASTR Alternative Loan Trust 2004-13 Mortgage Pass-Through Certificates, Series 2004-13 |
| 25-20021-CMB | Joseph A. Jameson | Reliance First Capital, LLC |
| 25-20032-GLT | Paul R. Rogers and Nicole M. Motta | Wells Fargo Bank, N.A. |
| 25-20046-GLT | Araminta Janai Dendy | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC |
| 25-20072-CMB | William J Ringler, III and LuAnn R Ringler | Wells Fargo Bank N.A. |
| 25-20077-GLT | Dylan J Marchionda | Lakeview Loan Servicing, LLC |
| 25-20101-CMB | Victor J. Stivason | Freedom Mortgage Corporation |
| 25-20322-JAD | Brant S Sankey | NBT Bank, N.A. |
| 25-20544-GLT | Patrick A. Williams-Thiele | Lakeview Loan Servicing, LLC |
| 25-20604-JAD | Timothy A. Lowry, Sr. and Beverly A. Lowry | SERVION INC |
| 25-20676-GLT | Charles J. Yerick | Freedom Mortgage Corporation |